## Ambrose *v.* Coxe Brothers & Co., Inc., Appellant.

*Workmen's Compensation Act—Findings of fact by Workmen's Compensation Board—Conclusiveness—Hearing de novo—Evidence —Appeals—Act of June 2, 1915, P. L. 736.*

An appeal from an order of the court of common pleas affirming a decision of the Workmen's Compensation Board in a hearing de novo, does not bring the evidence before the appellate court, and the findings of facts by the board are conclusive.

Argued February 16, 1920. Appeal, No. 14, Jan. T., 1920, by defendant, from judgment of C. P. Schuylkill Co., July T., 1918, No. 227, affirming decision of Workmen's Compensation Board, in case of Apolonia Ambrose v. Coxe Brothers & Co., Inc. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and KEPHART, JJ. Affirmed.

Appeal from decision of Workmen's Compensation Board, in a hearing de novo, sustaining award in favor of claimant. Before BECHTEL, P. J.

The court affirmed the award. Defendant appealed.

*Error assigned* was affirmance of decision of Workmen's Compensation Board.

*Daniel W. Kaercher,* for appellant.

*Roger J. Dever,* for appellee, was not heard.

PER CURIAM, March 8, 1920: .

On appeal from an award by a referee of compensation to the appellee for the death of her husband, the compensation board, in a hearing de novo, found as a fact that his death had been hastened by injuries which he sustained in 1916, while in the employ of the appellant. On appeal to the court below and here the complaint of the appellant is that the evidence did not justify that finding. It is sufficient to say that the evidence is not before us, and the finding of the board under the statute is conclusive: Poluskiewicz v. Philadelphia & Reading Coal & Iron Company, 257 Pa. 305.

Appeal dismissed and award affirmed.